AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Friedman, Paul L. | U.S. District Court | 07/23/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse, Room ▮▮▮
333 Constitution Avenue, N.W.
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Secretary of the American Law Institute & member of its Council (the governing body of the Institute) & the Executive Committee since 1998 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 07/23/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | ▮▮▮▮ Retirement Income Pension Plan Administered by State Street Retiree Service - Pension Plan | $22,509.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | ▮▮▮▮▮▮ - Retirement Plan Distribution |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | 01/15-01/17/2014 | Philadelphia, PA | Meeting of ALI Council | Transportation, hotel, and meals. |
| 2. | National Academy of Arbitrators | 05/22-05/24/2014 | Chicago, IL | National Academy of Arbitrators Annual Meeting | Transportation, hotel, and meals. |
| 3. | American Law Institute | 09/10-09/12/2014 | Chicago, IL | Executive Committee Retreat | Transportation, hotel, and meals. |
| 4. | American Law Institute | 10/14-10/17/2014 | New York, NY | Meeting of ALI Council | Transportation, hotel, and meals. |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 07/23/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | ▮▮▮▮▮▮ | Guests for Dinner | $400.00 |
| 2. | ▮▮▮▮▮ | Women's Musuem Dinner | $400.00 |
| 3. | *same as above; line 2 | Washington Nationals game | $160.00 |
| 4. | ▮▮▮▮▮▮▮ | Guests for Dinner | $300.00 |
| 5. | *same as above, line 4 | Washington Ballet Annual Ball | $500.00 |
| 6. | *same as above, line 4 | The ARC Annual Benefit | $400.00 |
| 7. | ▮▮▮▮▮ | ▮▮ edition of his treatise on Federal ▮▮▮▮ | $830.00 |
| 8. | ▮▮▮▮ | 2014 Vincent Scully Prize Gala | $500.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Charles Schwab & Co., Inc. | Margin Loan on assets held in Brokerage Account | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account (H) | | | | | | | | | |
| 2. -Gabelli Small Cap Fund | B | Dividend | L | T | | | | | |
| 3. -Gabelli Asset Fund | C | Dividend | L | T | | | | | |
| 4. -Harbor International | C | Dividend | M | T | | | | | |
| 5. -Fidelity Spartan Tax Free Bond Fund | C | Dividend | | | Sold | 12/17/14 | M | E | |
| 6. -iShares Cohen & Steers Realty Majors Index Fund | B | Dividend | L | T | | | | | |
| 7. -iShares Russell 1000 Growth Index Fund | B | Dividend | M | T | | | | | |
| 8. -iShares Russell 2000 Growth Index Fund | A | Dividend | L | T | | | | | |
| 9. -iShares Russell 2000 Value Index Fund | A | Dividend | L | T | | | | | |
| 10. -Vanguard Short Term Tax Exempt Fund | A | Dividend | | | Buy (add'l) | 04/04/14 | K | | |
| 11. | | | | | Sold | 12/16/14 | L | A | |
| 12. -Brown Capital Mgmt Small Company Fund | B | Dividend | K | T | Sold (part) | 05/09/14 | J | A | |
| 13. -Royce Special Equity Fund | A | Dividend | | | Sold | 12/14/14 | J | C | |
| 14. -SPDR S&P Dividend Fund | C | Dividend | L | T | | | | | |
| 15. -Vanguard Dividend Appreciation Fund | A | Dividend | | | Sold | 12/19/14 | K | C | |
| 16. -Vanguard Limited Term Tax Exempt Fund | A | Dividend | | | Sold | 05/08/14 | L | A | |
| 17. IRA Account #1 (H) | G | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -T.Rowe Price Equity Income Fund | | | | | | | | | |
| 19. -Longleaf Partners Small Cap Fund | | | | | | | | | |
| 20. -PIMCo Real Return Fund | | | | | | | | | |
| 21. -Schwab Money Market Fund | | | | | | | | | |
| 22. -Morgan Stanley US RE | | | | | | | | | |
| 23. -American Funds EuroPacific Growth Fund | | | | | | | | | |
| 24. -T.Rowe Price Mid Cap Growth Fund | | | | | Sold (part) | 11/18/14 | K | B | |
| 25. -Dodge & Cox Stock Fund | | | | | | | | | |
| 26. -First Eagle Global Fund | | | | | | | | | |
| 27. -Loomis Sayles Investment Grade Bond Fund | | | | | Buy (add'l) | 11/18/14 | K | | |
| 28. -Ohio Valley Bank CD | | | | | Matured | 07/15/14 | L | A | |
| 29. -Royce Special Equity Fund | | | | | | | | | |
| 30. -T.Rowe Price Capital Appreciation Fund | | | | | | | | | |
| 31. -Vanguard PRIMECAP Core Fund | | | | | | | | | |
| 32. -Vanguard Small Cap Growth Index Fund | | | | | | | | | |
| 33. -Lazard Emerging Markets Fund | | | | | | | | | |
| 34. -PRIMECAP Odyssey Stock Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Discover Bank CD | | | | | Matured | 05/13/14 | J | A | |
| 36. -T.Rowe Price Growth Stock Fund | | | | | Sold (part) | 11/18/14 | L | E | |
| 37. -SPDR S&P Dividend Fund | | | | | | | | | |
| 38. -Dodge & Cox Income Fund | | | | | Buy (add'l) | 11/18/14 | K | | |
| 39. -Loomis Sayles Bond Fund | | | | | Buy (add'l) | 11/18/14 | K | | |
| 40. -Goldman Sachs Bank CD | | | | | | | | | |
| 41. -Discover Bank CD | | | | | | | | | |
| 42. -GE Capital Bank CD | | | | | | | | | |
| 43. -Templeton Global Bond Fund | | | | | Sold (part) | 11/18/14 | L | A | |
| 44. -Goldman Sachs Bank CD | | | | | | | | | |
| 45. -Gabelli Small Cap Growth Fund | | | | | | | | | |
| 46. -Vanguard Corporate Bond Fund | | | | | | | | | |
| 47. -Vanguard Dividend Appreciation Fund | | | | | | | | | |
| 48. -American Express CD | | | | | Buy | 11/28/14 | L | | |
| 49. IRA Account #2 (H) | E | Dividend | O | T | | | | | |
| 50. -Schwab Money Market Fund | | | | | | | | | |
| 51. -T.Rowe Price Mid Cap Growth Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Loomis Sayles Investment Grade Bond Fund | | | | | Buy (add'l) | 11/18/14 | K | | |
| 53. -T.Rowe Price Growth Stock Fund | | | | | | | | | |
| 54. -American Funds EuroPacific Growth Fund | | | | | | | | | |
| 55. -Ohio Valley Bank CD | | | | | Matured | 07/15/14 | K | A | |
| 56. -Brown Capital Mgmt Small Company Fund | | | | | | | | | |
| 57. -Royce Special Equity Fund | | | | | | | | | |
| 58. -American Funds New World Fund | | | | | | | | | |
| 59. -First Eagle Global Fund | | | | | | | | | |
| 60. -Discover Bank CD | | | | | Matured | 05/13/14 | J | A | |
| 61. -SPDR S&P Dividend Fund | | | | | | | | | |
| 62. -Dodge & Cox Income Fund | | | | | Buy (add'l) | 11/18/14 | K | | |
| 63. -Loomis Sayles Bond Fund | | | | | | | | | |
| 64. -Templeton Global Bond Fund | | | | | Sold (part) | 11/18/14 | K | A | |
| 65. -Goldman Sachs Bank CD | | | | | | | | | |
| 66. -Vanguard Small Cap Fund | | | | | | | | | |
| 67. -Vanguard Corporate Bond Fund | | | | | Buy (add'l) | 05/19/14 | J | | |
| 68. -Discover Bank CD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Goldman Sachs Bank CD | | | | | | | | | |
| 70. -Vanguard Dividend Appreciation Fund | | | | | | | | | |
| 71. -Synchrony Bank CD | | | | | Buy | 07/18/14 | K | | |
| 72. Money Market Accounts (H) | | | | | | | | | |
| 73. T.Rowe Price Tax Exempt Fund | A | Interest | M | T | | | | | |
| 74. Schwab US Treasury Money Fund | A | Interest | J | T | | | | | |
| 75. Brokerage Account : Tax Exempt (H) | | | | | | | | | |
| 76. Anne Arundel Cnty | A | Interest | | | Redeemed | 04/01/14 | K | A | |
| 77. Mass Water Pollution | B | Interest | | | Sold | 12/18/14 | K | B | |
| 78. District of Columbia | B | Interest | | | Sold | 12/18/14 | K | A | |
| 79. New Hampshire Health | A | Interest | | | Sold | 05/13/14 | K | A | |
| 80. Distirct of Columbia | A | Interest | | | Sold | 12/18/14 | K | A | |
| 81. Stock Warrants (H) | | | | | | | | | |
| 82. -Scios Nova Inc | | None | J | T | | | | | |
| 83. Life Insurance (H) | | | | | | | | | |
| 84. Security Mutual Life Ins. Co. of NY Universal Life Policy | C | Dividend | M | T | | | | | |
| 85. Mass Mutual Life Ins Co | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 07/23/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 82: Scios Nova Inc stock warrants. Four Contingent Payment Rights issued to former limited partners of Nova Technology Limited Partnership in 1993.

Part VII, Line 84: Security Mutual Life Ins. Co. of NY, Universal Lify Policy. No underlying investment options.

Part VII, Line 85: Mass Mutual Life Ins Co. Group Flexible Premium Adjustable Life Insurance Policy. No underlying investment options.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Paul L. Friedman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544